missed, with costs, on the ground that the evidence failed to establish any actionable negligence on the part of the defendant-appellant. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

ALBERT G. NICKSTADT, Respondent, v. KARL KALMBACH et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $10 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

ALBERT G. NICKSTADT, Respondent, v. KARL KALMBACH et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

ANNA F. GRAHAM, Individually and as Executrix of KATHERINE HEUBEL, Respondent, v. J. RUSSELL CHANDLER, as Trustee for the Congregation of the Olmstead Avenue Presbyterian Church, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

MAURICE HANDMAN, Respondent, v. PARFUMS LENGYEL, LTD., Defendant, and GEORGE LENGYEL et al., Appellants.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARRIE JONES and JAMES JOHNSON, Appellants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARY STIVALETTI, Appellant, et al., Defendants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

WILLIAM A. SCHENCK, Appellant, v. JOSEPH MEYER, JR., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

MAUDE PICK, Appellant, v. UNITED SECURITY ASSOCIATED WAREHOUSES, INC., Respondent.— Determination affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.; Callahan, J., dissents and votes to reverse and direct judgment for plaintiff as demanded in complaint for $692 with interest and costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NISHAN SEMERJIAN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CYRIL F. ROBINSON, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WAINO SILLS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED HARRIS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

WILLIAM S. WILSON, as President of New York Printing Pressmen's Union No. 51, an Unincorporated Association, et al., Respondents, v. PRESIDENT AND DIRECTORS OF MANHATTAN COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.